AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JUDGMENT IN A CIVIL CASE

NHAN THUONG-LE,

Petitioner.

v.

CASE NUMBER: 5:26-cv-739

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered September 23, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Further, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: [signature]
**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES COURTS SOUTHERN DISTRICT OF GEORGIA

September 25, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

Karen J. Mitchell
*(By) Deputy Clerk*